IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| United States of America ) | |
| ) | Cr. No.  6:05-453-HMH |
| vs. ) | |
| ) | **OPINION & ORDER** |
| Milton Braten, ) | |
| ) | |
| Movant. ) | |

The court has received several communications indicating that there has been a "complete breakdown" in communication between the appointed counsel and petitioner. The court has no credible evidence that petitioner's appointed counsel has failed to properly represent petitioner. However, the court is constrained to relieve present counsel and requests that the Magistrate Judge appoint new counsel for petitioner. Because of the apparent continued disability of the petitioner, this petition is held in abeyance pending further order of the court.

**IT IS SO ORDERED**.

s/Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
September 24, 2007

1